DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHANCE MYKAL WHELESS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3981

_____

December 15, 2023

Appeal from the Circuit Court for Manatee County, Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Cynthia J. Dodge, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.